UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------ X
BRIAN FORD, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

RAYTHEON COMPANY and THOMAS A. KENNEDY,

    Defendants.
------------------------------------ X

Case No. 19-cv-2818 (PJS/DTS)

CLASS ACTION

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Brian Ford ("Plaintiff") voluntarily dismisses this action with prejudice as to Plaintiff only and without prejudice as to the putative class. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of this action is effective upon the filing of this notice. *Ajiwoju v. Cottrell*, 245 F. App'x 563, 565 (8th Cir. 2007) ("A voluntary dismissal pursuant to Rule 41(a)(1) is effective upon entry and does not require judicial approval.") (citing *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984)).

//

//

Dated: March 18, 2020

**OF COUNSEL**
**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Miles D. Schreiner
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
Email: jmonteverde@monteverdelaw.com
          mschreiner@monteverdelaw.com

*Counsel for Plaintiff*

Respectfully Submitted,

/s/ Garrett D. Blanchfield
Garrett D. Blanchfield
**REINHARDT WENDORF &**
**BLANCHFIELD**
332 Minnesota Street, Suite W-1050
St. Paul, MN 55101
Tel: 651-287-2100
Fax: 651-287-2103
Email: g.blanchfield@rwblawfirm.com

*Counsel for Plaintiff*

2